ARNOLD, appellant, v. NATIONAL ALBANY EXCHANGE BANK.

*Draft — forged indorsement — right of payee to recover avails of holder.*

The plaintiff, being entitled to additional bounty as a soldier in the U. S. army employed one Jones to procure it for him. A draft for $100, signed by a paymaster in the army, payable to the order of the plaintiff, was subsequently presented to, and cashed by, the defendant, having upon it, at the time, the name of the plaintiff, which was forged, and the name "S. Edgar Jones," indorsed thereon. The circumstances tended to show that Samuel Jones and S. Edgar Jones were one and the same person. *Held*, that the insertion of a middle name, after the letter S., in the indorsement, was not such a material variation as to authorize the inference that another and a different person was intended.

A draft payable to the order of the plaintiff, and having upon it his forged indorsement, was paid by the defendant, without knowledge that such indorsement was a forgery, but upon the assumption that it was genuine, and that the draft had been lawfully issued and was the property of the plaintiff. *Held*, that having thus conceded the fact, the defendant was estopped from interposing as a defense to an action for the conversion of the draft, that the plaintiff had no right to it.

APPEAL from a judgment in favor of defendant entered upon the report of a referee. The action was brought by Leonard Arnold to recover for the conversion of a check or draft drawn on the assistant U. S. treasurer at New York, by a paymaster of the U. S. army, in favor of plaintiff.

*Stephen Holden,* for appellant.

*H. S. McCall,* for respondent.

MILLER, P. J.

The opinion is devoted to a consideration of the evidence. The head-note gives all that is material for publication.

*New trial granted.*